*E-FILED on 3/6/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE HAMILTON, | ) | No. C 12-0269 RMW (PR) |
| Plaintiff, | ) | ORDER GRANTING |
| v. | ) | PLAINTIFF'S MOTION FOR |
| T. RODRIGUEZ, et al., | ) | VOLUNTARY DISMISSAL |
| Defendants. | ) | |

On January 12, 2012, plaintiff, a prisoner currently incarcerated at Salinas Valley State Prison, filed a motion to withdraw his "motion for adverse actions," explaining that he "is unable to conduct required investigations of law and facts for the filing of a formal" civil rights complaint and believed he was only submitting the underlying motion "for this Honorable Court's records."

Plaintiff has filed a motion for voluntary dismissal. Plaintiff may voluntarily dismiss his complaint with or without order of this court. See Fed. R. Civ. P. 41(a)(2); 41(a)(1)(A). Said dismissal may be with or without prejudice, but unless plaintiff's notice of dismissal or the court order states otherwise, it is deemed to be "without prejudice." See Fed. R. Civ. P. 41(a)(1); 41(a)(2). Because the opposing parties have not been served, plaintiff's request for voluntary dismissal is construed as a "notice of dismissal," and requires no order from the court. Fed.

1  41(a)(1)(A)(i).

2       Accordingly, this action is DISMISSED.  The Clerk shall close the file.

3       IT IS SO ORDERED.

4  DATED:  _____

   _____
   RONALD M. WHYTE
5  United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HAMILTON,

        Plaintiff,

  v.

J. RODRIGUEZ et al,

        Defendant.

Case Number: CV12-00269 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Hamilton T-33081
Post Office Box 1050
Salanas Valley State Prison
Soledad, CA 93960

Dated: March 6, 2012

                                          Richard W. Wieking, Clerk
                                          By: Jackie Lynn Garcia, Deputy Clerk