1

2

3   **E-FILED on 3/6/12**

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

EUGENE HAMILTON,                    )        No. C 12-0269 RMW (PR)
12                                      )
            Plaintiff,                  )        JUDGMENT
13                                      )
     v.                                 )
14                                      )
T. RODRIGUEZ, et al.,                   )
15                                      )
            Defendants.                 )
16   _____)

17

18          Plaintiff's motion for voluntary dismissal of this action has been granted.  A judgment is

19   entered accordingly.  The Clerk shall close the file.

20          IT IS SO ORDERED.

21   DATED:    3/6/12                    _Ronald M. Whyte_____
                                         RONALD M. WHYTE
22                                       United States District Judge

23

24

25

26

27

28

Judgment
G:\PRO-SE\SJ.Rmw\CR.12\Hamilton269jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


EUGENE HAMILTON,

          Plaintiff,

  v.

J. RODRIGUEZ et al,

          Defendant.

Case Number: CV12-00269 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Eugene Hamilton T-33081
Post Office Box 1050
Salanas Valley State Prison
Soledad, CA 93960

Dated: March 6, 2012

                Richard W. Wieking, Clerk
                By: Jackie Lynn Garcia, Deputy Clerk