1
2
3   E-FILED on 3/6/12
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12   EUGENE HAMILTON,                    )      No. C 12-0269 RMW (PR)
                                         )
13                   Plaintiff,          )      JUDGMENT
                                         )
14       v.                              )
                                         )
15   T. RODRIGUEZ, et al.,               )
                                         )
16                   Defendants.         )
     _____)
17
18       Plaintiff's motion for voluntary dismissal of this action has been granted.  A judgment is
19   entered accordingly.  The Clerk shall close the file.
20       IT IS SO ORDERED.
21   DATED: _____          *Ronald M. Whyte*
22                                   RONALD M. WHYTE
                                     United States District Judge
23
24
25
26
27
28

Judgment
G:\PRO-SE\SJ.Rmw\CR.12\Hamilton269jud.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

EUGENE HAMILTON,

               Plaintiff,

  v.

J. RODRIGUEZ et al,

               Defendant.

_____/

Case Number: CV12-00269 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eugene Hamilton T-33081
Post Office Box 1050
Salanas Valley State Prison
Soledad, CA 93960

Dated: March 6, 2012

                                 Richard W. Wieking, Clerk
                                 By: Jackie Lynn Garcia, Deputy Clerk